Decided December 10, 1997

### ANTHONY HOPKINS *v.* COMMISSIONER OF CORRECTION

The petition by the petitioner Anthony Hopkins for certification for appeal from the Appellate Court, 47 Conn. App. 910 (AC 16191), is denied.

*David B. Rozwaski*, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided December 10, 1997